# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131007-8

ERNEST V. PONTI and DELORES D. PONTI,
  Plaintiffs-Appellants,

v

EVEANN PROPERTIES, INC., VINCE
FINAZZO, and JANICE FINAZZO,
  Defendants/Cross Defendants-
  Appellees,

and

TOMMY TIRE, MICHAEL MIHAIL, and
ANITA MIHAIL,
  Defendants/Cross Plaintiffs-
  Appellees.

SC: 131007
COA: 253890
Wayne CC: 03-308671-CB

_____

ERNEST V. PONTI,
  Plaintiff-Appellant,

v

CORPORAL J. PINNEGAR, MICHAEL
MIHAIL, EVEANN PROPERTIES, INC.,
VINCENT FINAZZO and JANICE FINAZZO,
  Defendants-Appellees.

SC: 131008
COA: 253891
Wayne CC: 03-308672-NO

_____/

   On order of the Court, the application for leave to appeal the February 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

s1218

_____
Clerk